# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE THEBEAU, | Case No.: 1:13-cv-00730 LJO JLT |
| Plaintiff, | ORDER AFTER INFORMAL CONFERENCE ON DISCOVERY DISPUTE |
| v. | |
| TEHACHAPI VALLEY HEALTHCARE DISTRICT., et al., | (Doc. 15) |
| Defendants. | |

At the request of counsel, on May 22, 2014, the Court held an informal conference regarding counsels' disagreement over certain discovery requests. Counsel were able to resolve most of the issues and, therefore, the Court **ORDERS**:

1. Requests Nos. 5 & 7 to Defendant Burgess– The parties will exchange a stipulation authenticating the documents related to the Warrack litigation. However, because this does not resolve the dispute in its entirety, Plaintiff is authorized to file her motion to compel as set forth in Local Rule 251(a), (c);

2. Requests Nos. 10-12, 15-17, 24-26 to TVHD – TVHD will provide a supplemental response indicating that it has no responsive documents;

3. Requests Nos. 13-14 to TVHD – With the clarification that these requests relate to Plaintiffs written statement presented to the TVHD Board related to the March 1, 2010 incident, Plaintiff is authorized to file her motion to compel as set forth in Local Rule 251(a), (c);

1

    4.    Request No. 29 to TVHD – TVHD will supplement its response to produce additional documents;

    5.    Defendants are authorized to file their motion to compel the production of documents to Verizon California, Inc;

    6.    The nondispositive motion filing deadline is extended to May 30, 2014 with the hearing to be held no later than June 27, 2014.

IT IS SO ORDERED.

Dated:   **May 22, 2014**                **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE