# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# (WESTERN DIVISION)

| | |
|---|---|
| DEBBIE THEBEAU, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TEHACHAPI VALLEY HEALTHCARE DISTRICT, a governmental entity, ALAN BURGESS, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:13-cv-00730-LJO-JLT<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; ORDER**<br><br>[FRCP 41; L.R. 143] |

Plaintiff Debbie Thebeau, and defendants Tehachapi Valley Healthcare District and Alan Burgess, who comprise all the parties who have appeared in this action, stipulate and agree that:

(1) The above-captioned action be dismissed in its entirety with prejudice as to defendant Alan Burgess, pursuant to FRCP 41(a)(1)(A)(ii);

(2) The second and third causes of action stated in the complaint in the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii); and,

1

(3) The parties shall bear their own attorney's fees and costs in connection with the action against defendant Alan Burgess and as to the second and third causes of action.

IT IS SO AGREED AND STIPULATED:

DATED: June 18, 2014                COLE PEDROZA LLP


By: s/Matthew S. Levinson
    Attorneys for Defendants
    TEHACHAPI VALLEY HEALTHCARE
    DISTRICT and
    ALAN BURGESS

DATED: June 18, 2014                REHWALD GLASNER & CHALEFF


By: s/William Rehwald
(as authorized on June 18, 2014 (LR 131(e))
    Attorneys for Plaintiff
    DEBBIE THEBEAU

**SO ORDERED**
**Dated: June 18, 2014**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**